IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | Case No.: 20-10250 |
| **Christopher P. Valuntas** | : | Chapter 13 |
| | : | Judge Eric L. Frank |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **HSBC Bank USA, National Association** | : | Date and Time of Hearing |
| as Trustee for Wells Fargo Asset | : | Place of Hearing |
| SecuritiesCorporation, Mortgage Asset- | : | March 3, 2020 at 11:00 a.m. |
| Backed Pass-Through Certificates, | : | |
| Series 2007-PA3 | : | 400 Washington Street |
| Movant, | : | Courtroom #1 |
| vs | : | Reading, PA, 19601 |
| | : | |
| **Christopher P Valuntas** | | |
| **Kimberly R Valuntas** | | |
| | | |
| **Scott F. Waterman** | | |
| Respondents. | | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 20___, upon consideration of the Motion for Relief from the Automatic Stay and Co-Debtor Stay and Motion for Sanctions in the form of *In Rem* Relief with 30-Day Waiver filed by HSBC Bank USA, National Association as Trustee for Wells Fargo Asset SecuritiesCorporation, Mortgage Asset-Backed Pass-Through Certificates, Series 2007-PA3 ("Creditor"), it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay and Co-Debtor Stay be and hereby is terminated as it affects the interest of HSBC Bank USA, National Association as Trustee for Wells Fargo Asset SecuritiesCorporation, Mortgage Asset-Backed Pass-Through Certificates, Series 2007-PA3 in and to the Real Property of Debtor located at 5727 Ricky Ridge Trail, Orefield, PA 18069 and more particularly described in the Mortgage, recorded May 2, 2007 at Instrument Number 7414767.

It is further ORDERED, that the automatic stay shall not apply to the Property for a period of two years from the date of entry of this order.

Upon recordation of this Order in the official records of the Lehigh County Recorder of Deeds, this Order shall be binding in any other case filed under this title purporting to affect the Property. Any sheriff that is presented with a bankruptcy petition filed within the two year period by Christopher P Valuntas, Kimberly R Valuntas, or any other person claiming an interest in the Property, may disregard the petition and continue to obtain possession of the Property.

20-002658_KKC

      Creditor requests that further compliance with Federal Rule of Bankruptcy Procedure 3002.1 be waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

      Compliance with Federal Rule of Bankruptcy Procedure 3002.l is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

                                                               BY THE COURT

                                          ERIC L. FRANK, JUDGE
                                          UNITED STATES BANKRUPTCY COURT

20-002658_KKC