**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PENNSYLVANIA**

IN RE: Christopher P. Valuntas                CHAPTER 13
            Debtor(s)

BKY. NO. 20-10250 pmm

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of HSBC Bank USA, National Association, as Trustee for Wells Fargo Alternative Loan 2007-PA3 Trust and index same on the master mailing list.

Respectfully submitted,



/s/ Rebecca Solarz
Rebecca Solarz
07 Jan 2021, 07:28:55, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322