### U.S. BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re **CHRISTOPHER VALUNTAS**     :     **CHAPTER 13**
                                   :
**Debtor(s)**                      :     **BANKRUPTCY NO. 20-10250**


### OBJECTION TO CERTIFICATION OF DEFAULT


Debtor(s), Christopher Valuntas, by their attorney, Paul H. Young, Esquire, hereby objects to the Certification of Default filed by Specialized Loan Servicing, LLC as servicer for HSBC Bank USA, National Association, as Trustee for Wells Fargo Alternative Loan 2007-PA3 Trust on February 1, 2021.  Debtors believe they can become current on all post-petition payments due under the July 24, 2020 stipulation with the Lender, and is also in the midst of completing a loan modification application.


Respectfully submitted,


/s/ Paul H. Young
PAUL H. YOUNG, Esquire
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com


Dated: June 15, 2020