*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Christopher P. Valuntas
    Debtor(s)

Case No: 20–10250–pmm
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Objection to Certification of Default

  on: 2/25/21

  at: 11:00 AM

  in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date: 2/4/21

Timothy B. McGrath
Clerk of Court

54 – 53
Form 167