## U.S. BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  CHRISTOPHER P. VALUNTAS | : | CHAPTER 13 |
| | : | |
| **Debtor** | : | NO. 20-10250 |

## PRAECIPE TO WITHDRAW FOURTH AMENDED CHAPTER 13 PLAN

TO THE CLERK:

Kindly withdraw the above debtor's Fourth Amended Chapter 13 Plan, docket number 59, filed by YOUNG, MARR & ASSOCIATES as wrong PDF file was uploaded.

    /s/Paul H. Young
    Paul H. Young, Esquire
    Attorney for Debtor
    3554 Hulmeville Road, Ste. 102
    Bensalem, PA 19020

Date: February 28, 2021