## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | |
| **Christopher P. Valuntas** : | **Case No.: 20-10250** |
| : | **Chapter 13** |
| Debtor(s). : | **Judge Patricia M. Mayer** |
| : | * * * * * * * * * * * * * * * * * * * * * * * |
| : | |
| : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **HSBC Bank USA, National Association as Trustee for Wells Fargo Asset SecuritiesCorporation, Mortgage Asset-Backed Pass-Through Certificates, Series 2007-PA3** ("Creditor").  **Karina Velter** is no longer counsel for Creditor.

| | |
|---|---|
| /s/ Karina Velter | /s/ Sarah E. Barngrover |
| Karina Velter (94781) | Sarah E. Barngrover (323972) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| Telephone: 614-220-5611 | 614-220-5611; Fax: 614-627-8181 |
| Fax: 614-627-8181 | sebarngrover@manleydeas.com |

20-002658_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.:** 20-10250 |
| **Christopher P. Valuntas** | : **Chapter 13** |
| | : **Judge Patricia M. Mayer** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * |
| | : |
| **HSBC Bank USA, National Association as Trustee for Wells Fargo Asset SecuritiesCorporation, Mortgage Asset-Backed Pass-Through Certificates, Series 2007-PA3** | : **Related Document #** |
| | : |
| **Movant,** | : |
| vs | : |
| | : |
| **Christopher P. Valuntas** | |
| **Kimberly R Valuntas** | |
| | |
| **Scott F. Waterman** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave. Suite 100, Reading, PA  19606, ECFMail@ReadingCh13.com

Paul H. Young, Attorney for Christopher P. Valuntas, Young, Marr & Associates, 3554 Hulmeville Road, Suite 102, Bensalem, PA  19020, support@ymalaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 9, 2021:

Christopher P. Valuntas and Kimberly R Valuntas, 5727 Ricky Ridge Trail, Orefield, PA 18069


DATE: March 9, 2021

20-002658_PS

/s/ Sarah E. Barngrover
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

20-002658_PS