# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  CHRISTOPHER VALUNTAS | : | CHAPTER 13 |
| | : | |
| Debtor(s) | : | BANKRUPTCY NO. 20-10250 |

## ORDER

AND NOW, this 29th day of April, 2021, upon consideration of the Motion to Modify Chapter 13 Plan filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Motion is **GRANTED** and the Debtor's Fourth Amended Plan filed on April 1, 2021 (doc. 71) is **CONFIRMED.**

*Patricia M. Mayer*
_____
J.