# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Christopher P. Valuntas
        Debtor(s)

Specialized Loan Servicing LLC as servicer for HSBC Bank USA, National Association, as Trustee for Wells Fargo Alternative Loan 2007-PA3 Trust
    v.
Christopher P. Valuntas
Kimberly R. Valuntas

and
Scott F. Waterman
    Trustee

Chapter 13

NO. 20-10250 pmm

## ORDER

AND NOW, this 20th day of May, 2021 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Specialized Loan Servicing LLC as servicer for HSBC Bank USA, National Association, as Trustee for Wells Fargo Alternative Loan 2007-PA3 Trust and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 5727 Ricky Ridge Trail Orefield, PA 18069.

It is further ORDERED, that the automatic stay shall not apply to the Property for a period of two years from the date of entry of this order.

Upon recordation of this Order in the official records of the Lehigh County Recorder of Deeds, this Order shall be binding in any other case filed under this title purporting to affect the Property. Any sheriff that is presented with a bankruptcy petition filed within the two year period by Christopher P Valuntas, Kimberly R Valuntas, or any other person claiming an interest in the Property, may disregard the petition and continue to obtain possession of the Property.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Patricia M. Mayer*

United States Bankruptcy Judge.