| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-10250-PMM**

Christopher P. Valuntas
5727 Ricky Ridge Trail
Orefield  PA    18069

Petition Filed Date: 01/14/2020
341 Hearing Date: 04/14/2020
Confirmation Date: 12/10/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/18/2020 | $1,500.00 | | 08/14/2020 | $1,500.00 | | 08/21/2020 | $2,500.00 | |
| 10/01/2020 | $3,000.00 | | 11/23/2020 | $1,500.00 | | 12/17/2020 | $1,700.00 | |
| 02/09/2021 | $1,700.00 | | 03/26/2021 | $1,500.00 | | 05/11/2021 | $1,500.00 | |

**Total Receipts for the Period:  $16,400.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $16,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Christopher P. Valuntas | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $2,800.00 | $2,800.00 | $0.00 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $2,758.37 | $0.00 | $2,758.37 |
| 2 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $255.37 | $0.00 | $255.37 |
| 3 | WELLS FARGO BANK NA »» 003 | Secured Creditors | $3,452.80 | $556.87 | $2,895.93 |
| 4 | SANTANDER CONSUMER USA »» 04S | Secured Creditors | $10,405.04 | $1,678.16 | $8,726.88 |
| 5 | SANTANDER CONSUMER USA »» 04U | Unsecured Creditors | $0.00 | $0.00 | $12,392.52 |
| 6 | SPECIALIZED LOAN SERVICING LLC »» 005 | Mortgage Arrears | $4,059.89 | $4,059.89 | $0.00 |
| 7 | PA DEPARTMENT OF REVENUE »» 06S | Secured Creditors | $7,840.58 | $1,263.35 | $6,577.23 |
| 8 | PA DEPARTMENT OF REVENUE »» 06U | Unsecured Creditors | $692.65 | $0.00 | $692.65 |
| 9 | PA DEPARTMENT OF REVENUE »» 06P | Priority Crediors | $4,076.90 | $4,076.90 | $0.00 |
| 10 | SPECIALIZED LOAN SERVICING LLC »» 007 | Ongoing Mortgage | $606.82 | $606.82 | $0.00 |

**Chapter 13 Case No. 20-10250-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,400.00 | Current Monthly Payment: | $1,500.00 |
| Paid to Claims: | $15,041.99 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,358.00 | Total Plan Base: | $41,900.00 |
| Funds on Hand: | $0.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.