## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:  Christopher P. Valuntas,** | : | Chapter 13 |
| | : | |
| | : | Case No.  20-10250 (PMM) |
| | : | |
| **Debtor.** | : | |

## O R D E R

**AND NOW**, upon consideration of the Motion for Relief from Stay filed by Santander Consumer USA, Inc. (doc. #85, the "Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Debtors' Response thereto (doc. #87);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **November 12, 2021**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

Date: 10/12/21

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**