IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: ) | |
| CHRISTOPHER P. VALUNTAS ) | CHAPTER 13 |
| **Debtor(s)** ) | |
| ) | CASE NO. 20-10250-PMM |
| SANTANDER CONSUMER USA INC. ) | |
| **Moving Party** ) | 11 U.S.C. 362 |
| ) | |
| v.            ) | 11 U.S.C. 1301 |
| ) | |
| CHRISTOPHER P. VALUNTAS ) | HEARING DATE: **12/7/21 at 10:00 AM** |
| KIMBERLY VALUNTAS ) | |
| **Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN ) | |
| **Trustee** | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtor in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about November 19, 2021 in the above matter is APPROVED.

Dated: **November 22, 2021**

BY THE COURT:

*Patricia M. Mayer*

UNITED STATES BANKRUPTCY JUDGE