| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania (Reading) | | NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| **Name of Debtor(s):**<br><br>Christopher P. Valuntas | **Case Number:**<br><br>4:2020-bk-10250 | |
| **Name of Creditor:**<br>Wells Fargo Bank, N.A. | | |
| **Name of Current Servicer of account:**<br>Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| **Name and NEW Address where notices should be sent:**<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br>Prior notice address:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| **Name and address where payments should be sent:**<br><br>Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC F2302-04C<br>1 Home Campus<br>Des Moines, IA 50328<br>Telephone Number: 800-274-7025 | | __ Check this box if you are changing the address that payments will go to. |
| 1.   **Account Number:  3271  UCID:  WFCHEQ2010250PAE21093271** | | __ Check this box if the account number has changed. |
| 2.   **Court Claim Number:  3** | | |

2.  **Court Claim Number:  3**

---

3.   **Signature:**

   **Check the appropriate box.**
     X  **I am the creditor.**
       **I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)**
       **I am the trustee, or the debtor.**
       **I am a guarantor, surety, endorser, or other codebtor.**

   By:    /s/ Sharon Renee Harris              Date:  01/20/2022
        VP Loan Documentation

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

IN RE:                          CASE NO.:   20-10250

**Christopher P. Valuntas**              CHAPTER:   13

          Debtor(s).

_____ /

### CERTIFICATE OF SERVICE

I hereby certify that on or before January 20, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

<u>**SERVICE LIST**</u>

*Debtor:*                    *By U.S. Postal Service First Class Mail Postage Prepaid:*

                         Christopher P. Valuntas
                         5727 Ricky Ridge Trail
                         Orefield, PA 18069

*Debtor's Attorney:*            *By CM / ECF Filing:*

                         CAMERON DEANE
                         Young, Marr, Mallis & Deane, LLC
                         3554 Hulmeville Road
                         Suite 102
                         Bensalem, PA 19020

                         *By CM / ECF Filing:*

                         PAUL H. YOUNG
                         Young, Marr, Mallis & Deane, LLC
                         3554 Hulmeville Rd.
                         Ste 102
                         Bensalem, PA 19020

*Trustee:*

*By CM / ECF Filing:*

SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

/s/ John Shelley

InfoEx, LLC
(as authorized agent for Wells Fargo Bank,
N.A.)