United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Christopher P. Valuntas  
    Debtor

Case No. 20-10250-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Feb 03, 2022      Form ID: pdf900      Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher P. Valuntas, 5727 Ricky Ridge Trail, Orefield, PA 18069-8801 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | HSBC BANK USA, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | + | HSBC BANK USA, NATIONAL ASSOCIATION, 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |
| cr | + | HSBC Bank USA, National Association, as Trustee fo, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| cr | + | SPECIALIZED LOAN SERVICING LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | WELLS FARGO BANK, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14470992 | + | Comm. of PA Dept. of Revenue, c/o Denise A. Kuhn, Esquire, Office of Attorney General, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14523986 | + | HSBC Bank USA, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14467792 | #+ | HSBC Bank USA, National Association, c/o Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road Eagan MN 55121-1663 |
| 14575023 | + | HSBC Bank USA, National Association,, as Trustee Wells Fargo Alt Loan 2007-PA3, c/o Rebecca Solarz, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14637993 | + | Santander Consumer USA Inc., c/o William E. Craig, Equire, Morton & Craig, LLC, 110 Marter Ave. Suite 301, Moorestown, NJ 08057-3125 |
| 14494206 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14452172 | | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 14452173 | + | Wells Fargo Bank, Attn: Written Correspondnce Dept, Po Box 10335, Des Moines, IA 50306-0335 |
| 14452175 | + | Wells Fargo Bank, Attention: Payment Processing, MAC F2302-04C, 1 Home Campus, Des Moines, IA 50328-0001 |
| 14452174 | + | Wells Fargo Bank, P O Box 31557, Billings, MT 59107-1557 |
| 14452176 | | Wells Fargo Bank NA, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 14462110 | + | Wells Fargo Bank, N.A., Attn: Default Document Processing, 1000 Blue Gentian Road, MAC# N9286-01Y, Eagan, MN 55121-1663 |
| 14452178 | + | Wells Fargo Home Mor, Po Box 10335, Des Moines, IA 50306-0335 |
| 14452177 | | Wells Fargo Home Mor, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 04 2022 03:18:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 04 2022 03:18:00 | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14452165 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 04 2022 03:22:45 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14452164 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 04 2022 03:22:57 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14458503 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 04 2022 03:22:31 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14452166 | | Email/Text: mrdiscen@discover.com | Feb 04 2022 03:18:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14452167 | | Email/Text: mrdiscen@discover.com | Feb 04 2022 03:18:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14456460 | | Email/Text: amps@manleydeas.com | Feb 04 2022 03:18:00 | HSBC Bank USA, National Association, c/o Karina Velter, Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14455813 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2022 03:22:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14452168 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2022 03:22:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Bo 10587, Greenville, SC 29603-0587 |
| 14452169 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 04 2022 03:18:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14469602 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 04 2022 03:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14452170 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 04 2022 03:18:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 14452171 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 04 2022 03:18:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | HSBC Bank USA, National Association |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14637703 | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 05, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 03, 2022 | Form ID: pdf900 | Total Noticed: 39 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2022 at the address(es) listed below:**

**Name**     **Email Address**

ADAM BRADLEY HALL
    on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Wells Fargo Alternative Loan 2007-PA3 Trust amps@manleydeas.com

CAMERON DEANE
    on behalf of Debtor Christopher P. Valuntas cdeane@ymalaw.com
    ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

CAROL E. MOMJIAN
    on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue cmomjian@attorneygeneral.gov

PAUL H. YOUNG
    on behalf of Debtor Christopher P. Valuntas support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Wells Fargo Alternative Loan 2007-PA3 Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Christopher P. Valuntas | Bankruptcy No. 20-10250-PMM |
| Debtor | |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: February 3, 2022**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE