## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | Chapter 13 |
| | : | |
| **Christopher P. Valuntas** | : | |
| | : | |
| Debtor | : | Bky. No. 20-10250 PMM |

## O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Reconsider Dismissal of Case (doc. # 104, the "Motion"), and for the reasons stated in open court, it is hereby

**ORDERED** that the Motion is **DENIED**.

Date: May 12, 2022

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE