**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
| | : | |
| **Christopher P. Valuntas** | : | |
| | : | |
| **Debtor** | : | **Bky. No. 20-10250 PMM** |

# O R D E R

    **AND NOW,** upon consideration of the Debtor's Motion to Modify Plan (doc. # 106), the

"Motion"), and for the reasons stated in open court, it is hereby

    **ORDERED** that the Motion is **DENIED**.

Date:   May 12, 2022

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE