United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 20-10250-pmm
Christopher P. Valuntas                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: May 12, 2022      Form ID: pdf900      Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db  | + | Christopher P. Valuntas, 5727 Ricky Ridge Trail, Orefield, PA 18069-8801 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg |   | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| cr  | + | HSBC BANK USA, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr  | + | HSBC BANK USA, NATIONAL ASSOCIATION, 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |
| cr  | + | HSBC Bank USA, National Association, as Trustee fo, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| cr  | + | SPECIALIZED LOAN SERVICING LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr  | + | WELLS FARGO BANK, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | ^ MEBN | May 12 2022 23:49:56 | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | ^ MEBN | May 12 2022 23:49:40 | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | ^ MEBN | May 12 2022 23:50:01 | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | ^ MEBN | May 12 2022 23:49:51 | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 12 2022 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: taxclaim@countyofberks.com | May 12 2022 23:54:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | May 12 2022 23:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr  | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 12 2022 23:54:00 | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr  | + Email/Text: bkelectronicnoticecourtmail@computershare.com | May 12 2022 23:54:00 | HSBC BANK USA, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr  | + Email/Text: bkelectronicnoticecourtmail@computershare.com | May 12 2022 23:54:00 | SPECIALIZED LOAN SERVICING LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr  | + Email/Text: enotifications@santanderconsumerusa.com | | |

Case 20-10250-pmm    Doc 122    Filed 05/14/22    Entered 05/15/22 00:28:01    Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 12, 2022 | Form ID: pdf900 | Total Noticed: 15 |

|  | May 12 2022 23:54:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
|---|---|---|

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | HSBC Bank USA, National Association |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2022         Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Wells Fargo Alternative Loan 2007-PA3 Trust amps@manleydeas.com |
| CAMERON DEANE | on behalf of Debtor Christopher P. Valuntas cdeane@ymalaw.com ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| CAROL E. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue cmomjian@attorneygeneral.gov |
| PAUL H. YOUNG | on behalf of Debtor Christopher P. Valuntas support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Wells Fargo Alternative Loan 2007-PA3 Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| **Christopher P. Valuntas** | : | |
| | : | |
| Debtor | : | Bky. No. 20-10250 PMM |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Plan (doc. # 106), the "Motion"), and for the reasons stated in open court, it is hereby

**ORDERED** that the Motion is **DENIED**.

Date:  May 12, 2022

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE