| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 20-10250-PMM**

Christopher P. Valuntas  
5727 Ricky Ridge Trail  
Orefield  PA   18069

Petition Filed Date: 01/14/2020  
341 Hearing Date: 04/14/2020  
Confirmation Date: 12/10/2020

Case Status: Dismissed After Confirmation on 2/ 3/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/11/2021 | $1,500.00 | | 06/11/2021 | $1,500.00 | | 09/02/2021 | $1,500.00 | |
| 10/19/2021 | $1,500.00 | | 01/07/2022 | $1,500.00 | | 02/02/2022 | $1,500.00 | |
| 04/25/2022 | $1,500.00 | | 05/20/2022 | $880.00 | | | | |

**Total Receipts for the Period: $11,380.00   Amount Refunded to Debtor Since Filing: $3,760.00   Total Receipts Since Filing: $26,280.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Christopher P. Valuntas | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $2,800.00 | $2,800.00 | $0.00 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $2,758.37 | $0.00 | $2,758.37 |
| 2 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $255.37 | $0.00 | $255.37 |
| 3 | WELLS FARGO BANK NA »» 003 | Secured Creditors | $3,452.80 | $1,425.65 | $2,027.15 |
| 4 | SANTANDER CONSUMER USA »» 04S | Secured Creditors | $32,133.63 | $4,296.23 | $27,837.40 |
| 5 | SANTANDER CONSUMER USA »» 04U | Unsecured Creditors | $0.00 | $0.00 | $12,392.52 |
| 6 | SPECIALIZED LOAN SERVICING LLC »» 005 | Mortgage Arrears | $4,059.89 | $4,059.89 | $0.00 |
| 7 | PA DEPARTMENT OF REVENUE »» 06S | Secured Creditors | $7,840.58 | $3,236.51 | $4,604.07 |
| 8 | PA DEPARTMENT OF REVENUE »» 06U | Unsecured Creditors | $692.65 | $0.00 | $692.65 |
| 9 | PA DEPARTMENT OF REVENUE »» 06P | Priority Crediors | $4,076.90 | $4,076.90 | $0.00 |
| 10 | SPECIALIZED LOAN SERVICING LLC »» 007 | Ongoing Mortgage | $606.82 | $606.82 | $0.00 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $1,000.00 | $0.00 | $1,000.00 |
| 0 | Christopher P. Valuntas | Debtor Refunds | $3,760.00 | $3,760.00 | $0.00 |

**Chapter 13 Case No. 20-10250-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,280.00 | Current Monthly Payment: | $1,500.00 |
| Paid to Claims: | $24,262.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,018.00 | Total Plan Base: | $41,900.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.